**ROMAN EXHIBIT 2**



Sprint

Together with NEXTEL

Attached is a copy of your Sprint Invoice.



Sprint

#BWNKCTX
#0000 0190163712 B 1# 0413
SP 04 000025 28881 E 1 ASNGLP
MARIA ROMAN
1370 SAINT NICHOLAS AVE
APT 15J
NEW YORK, NY 10033-6230



# Sprint

| Customer | Account Number | Bill Period | Bill Date |
|----------|----------------|-------------|-----------|
| Maria Roman | 190163712 | Sep 19 - Oct 18 | Oct 22, 2010 |

**1 of 8**

# Hello!

Unfortunately, your account is past due. Please pay the total below immediately.

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

**(646) 342-5404**

**(646) 489-0156**

**(646) 924-5722**

| | |
|---|---|
| Previous Balance......................................................................... | $325.72 |
| Sep 22   Payment Check # 9999999999999999999999999................ | -$65.00 |
| Oct 07   Payment Check # 9999999999999999999999999................ | -$100.00 |
| | |
| New Charges............................................................................... | $245.14 |
| **Total Due**   **$405.86** | |

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-877-639-8351

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

---

# Sprint

Detach and return this remittance form with your payment.
Past due amount of $160.72 due immediately. New charges due by Nov 11.
Account Number 190163712

#BWNKCTX
#0000 0190163712 B 1#
MANIFESTLINE————————

MARIA ROMAN
1370 SAINT NICHOLAS AVE APT 15J
NEW YORK, NY 10033-6230

| Amount due |  $405.86 |
|---|---|
| Amount Enclosed | $ |

PO BOX 105243
ATLANTA, GA 30348-5243

190163712  00000024514  000000160720  000000405864

# Sprint 

| Customer | Account Number | Bill Period | Bill Date |
|----------|----------------|-------------|-----------|
| Maria Roman | 190163712 | Sep 19- Oct 18 | Oct 22, 2010 |

# 4 of 8



## Charges

### Single Plan

#### (646) 924-5722

| | |
|---|---|
| Everything Data - 450 Anytime Minutes Included......................................... | $69.99 |
| Employee Discount Sprint 18%................................................................... | -$12.60 |
| Total Equipment Protection - $3 insurance premium & $4 service/repair...... | $7.00 |
| | $64.39 |

## Charges

### Single Plan

#### (646) 489-0156

| | |
|---|---|
| Everything Data - 450 Anytime Minutes Included......................................... | $69.99 |
| Employee Discount Sprint 18%................................................................... | -$12.60 |
| Total Equipment Protection - $3 insurance premium & $4 service/repair...... | $7.00 |
| | $64.39 |

## Charges

### Single Plan

#### (646) 342-5404

| | |
|---|---|
| Everything Data - 450 Anytime Minutes Included......................................... | $69.99 |
| Employee Discount Sprint 18%................................................................... | -$12.60 |
| Premium Data..................................................................................... | $10.00 |
| Total Equipment Protection - $3 insurance premium & $4 service/repair...... | $7.00 |
| 48 Long Distance & Ten-Digit International Toll............................................ | $1.68 |
| | $76.07 |

| | |
|---|---|
| **Late Payment**............................................................................. | $7.65 |
| **Sprint Surcharges**...................................................................... | $15.43 |
| **Government Taxes & Fees**.......................................................... | $17.21 |

| **Total** | **$245.14** |



| | Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|---|
| | Maria Roman | 190163712 | Sep 19 - Oct 18 | Oct 22, 2010 |

**5 of 8**

# Usage Summary

### Single Plan - Everything Data

|  | Included | Used | Additional Charges |
|---|---|---|---|
| **(646) 924-5722** | | | |
| Anytime | 450 | 121 | -- |
| Any Mobile, Anytime | Unlimited | 1,863 | -- |
| Text | Unlimited | 1,896 | -- |
| Night & Weekend | Unlimited | 47 | -- |
| Sprint Data | Unlimited | 240 | -- |

### Single Plan - Everything Data

|  | Included | Used | Additional Charges |
|---|---|---|---|
| **(646) 489-0156** | | | |
| Anytime | 450 | 245 | -- |
| Any Mobile, Anytime | Unlimited | 1,295 | -- |
| Text | Unlimited | 220 | -- |
| Night & Weekend | Unlimited | 154 | -- |
| Sprint Data | Unlimited | 163,437 | -- |
| Sprint Data Roaming | Unlimited | 109 | -- |
| Sprint Data Roaming | 0 | 249 | -- |

### Single Plan - Everything Data

|  | Included | Used | Additional Charges |
|---|---|---|---|
| **(646) 342-5404** | | | |
| Anytime | 450 | 197 | -- |
| Any Mobile, Anytime | Unlimited | 1,101 | -- |
| Text | Unlimited | 289 | -- |
| Night & Weekend | Unlimited | 126 | -- |
| Sprint Data | Unlimited | 2,189,050 | -- |
| Sprint Data Roaming | Unlimited | 1,884 | -- |
| Sprint Data Roaming | 0 | 459 | -- |
| Long Distance&Ten-Digit Intl.Toll | 0 | 48 | $1.68 |



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Maria Roman | 190163712 | Sep 19- Oct 18 | Oct 22, 2010 |

**6 of 8**



# Details, details...

## (646) 924-5722

### Your Base Plan includes

Everything Data, America - Roaming Included, Anytime Minutes, Call Detail, Caller ID, Cellular Minutes, Domestic LD Rate $0, Enhanced VoiceMail, Long Distance While Roaming, Mobile TV, SMS Text Messages, Video Mail

#### Add On Services for (646) 924-5722

Cellular Call Detail, Call Forwarding, Unlimited Nights&Weekends-7pm, Sprint Navigation, Unlimited Any Mobile, Anytime, Data Usage

## (646) 489-0156

### Your Base Plan includes

Everything Data, America - Roaming Included, Anytime Minutes, Call Detail, Caller ID, Cellular Minutes, Domestic LD Rate $0, Enhanced VoiceMail, Long Distance While Roaming, Mobile TV, SMS Text Messages, Video Mail

#### Add On Services for (646) 489-0156

Cellular Call Detail, International Calls Enabled, Unlimited Nights&Weekends-7pm, Sprint Navigation, Unlimited Any Mobile, Anytime, Data Usage

## (646) 342-5404

### Your Base Plan includes

Everything Data, America - Roaming Included, Anytime Minutes, Call Detail, Caller ID, Cellular Minutes, Domestic LD Rate $0, Enhanced VoiceMail, Long Distance While Roaming, Mobile TV, SMS Text Messages, Video Mail

#### Add On Services for (646) 342-5404

Cellular Call Detail, CALLER ID BLOCK, International Calls Enabled, Unlimited Nights&Weekends-7pm, Sprint Navigation, Unlimited Any Mobile, Anytime, Data Usage

## Sprint Surcharges

Sprint Surcharges are rates we choose to collect from you to help defray costs imposed on us. Surcharges are not taxes on you or amounts we are required to collect from you by law. Surcharges may include: Federal USF, regulatory charges, administrative charges, gross receipts charges, and other charges incurred to recover costs associated with governmental programs, and certain taxes imposed upon Sprint. The amounts, and the components used to calculate Surcharge amounts, are subject to change.

| | |
|---|---|
| Federal-Univ Serv Assess LD | $0.22 |
| Federal-Univ Serv Assess Non-LD | $3.09 |
| New York State-Gross Receipts Recovery | $0.45 |
| New York State-Telecomm Excise Recovery | $3.62 |
| New York County-MCTD Excise Surcharge | $0.86 |
| New York County-MCTD Gross Receipts Fee | $0.16 |
| New York County-Telecomm Excise Recovery | $2.86 |
| Administrative Charge | $2.97 |
| Regulatory Charge | $1.20 |
| | $15.43 |

# Sprint

| Customer | Account Number | Bill Period | Bill Date | **7 of 8** |
|----------|----------------|-------------|-----------|------------|
| Maria Roman | 190163712 | Sep 19- Oct 18 | Oct 22, 2010 | |

## Details, details (continued)...

### Government  Fees & Taxes

Taxes and fees Sprint is required to collect from customers on behalf of the government.

| | |
|---|---|
| New York State-911 Tax | $3.60 |
| New York State-Sales Tax | $5.72 |
| New York County-911 Tax | $0.90 |
| New York City-Sales Tax | $6.99 |
| | $17.21 |

# Sprint 4G is coming

*your way in 2010!* *The first wireless 4G network from a national carrier is coming to your area this year! Whether you want to surf the Web or connect with family and friends, you'll be able to do it at speeds that are up to 10 times faster than 3G.\* It sure beats any wireless service from Verizon or AT&T.*

*Soon you'll be able to use America's first 3G/4G Android™ phone, the HTC EVO™ 4G, to stream HD videos on a massive 4.3" display and download and use apps at blazing speeds. You'll even be able to create personal hotspots that can connect up to 8 Wi-Fi enabled devices. So get ready to act fast – because Sprint 4G is on its way! (Phone requires two-year Agreement and activation on select service plan and premium data buy-up.)*

*Sprint 4G is coming soon. Only from Sprint. Only on the Now Network.™*

*Click sprint.com/4G to sign up for an alert that will notify you when 4G access arrives in your area.*

# Sprint
The Now Network™

hTC EVO™ 4G
═Google

WHAT CAN YOU DO WITH 4G?

**\*"Up to 10 times faster"** claim based on download speed comparison of 3G's 600 kbps vs. 4G's 6 mbps. Industry published 3G average speeds (600 kbps-1.7 mbps); 4G average speeds (3-6 mbps). Actual speeds may vary.

While supplies last. May require up to a $36 activation fee/line, credit approval and deposit. Up to $200 early termination fee/line applies. Taxes and service charges excluded. HTC EVO 4G: Sprint Mobile Hotspot add-on required to access Wi-Fi on device. Allows photo and video playback on an HD capable auxiliary device but it does not provide HD playback directly on the phone. Accessory cable available separately. Upgrade: Existing customers in good standing with service on the same device for more than 22 consecutive months currently activated on a service plan of $39.99 or higher may be eligible. See in-store rebate form or sprint.com/upgrade for details. Other Terms: Coverage not available everywhere. Sprint 4G Network: Reaches over 30 markets and counting, on select devices. Sprint 3G Network: Reaches over 258 million people. Not all services available on 4G and coverage may default to 3G/separate network where 4G unavailable. Offers not available in all markets/retail locations or for all phones/networks. Pricing, offer terms, fees and features may vary for existing customers not eligible for upgrade. Other restrictions apply. See store or sprint.com for details. Google is a trademark of Google, Inc. ©2010 Sprint. Sprint and the logo are trademarks of Sprint. Other marks are the property of their respective owners. 20008TA2



| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Maria Roman | 190163712 | Sep 19- Oct 18 | Oct 22, 2010 |

A5 of 32

# Call details

## (646) 342-5404 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 180 | 09/30 | 10:43 PM | 917-557-4626 | Incoming | NW/WC/AU | 1:00 | |
| 181 | 09/30 | 11:46 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 182 | 09/30 | 11:21 PM | 917-557-4626 | Incoming | NW/WC/AU | 1:00 | |
| 183 | 10/01 | 08:37 AM | 212-928-5959 | NEW YORK,NY | AU | 1:00 | |
| 184 | 10/01 | 10:23 AM | 212-928-5959 | NEW YORK,NY | AU | 2:00 | |
| 185 | 10/01 | 12:50 PM | 646-731-0113 | Incoming | WC/AU | 3:00 | |
| 186 | 10/01 | 12:57 PM | 646-731-0113 | NEW YORK,NY | WC/AU | 1:00 | |
| 187 | 10/01 | 02:03 PM | 212-568-0014 | NEW YORK,NY | AU | 1:00 | |
| 188 | 10/01 | 02:22 PM | 646-400-9500 | NEW YORK,NY | WC/AU | 2:00 | |
| 189 | 10/01 | 02:39 PM | 646-400-9500 | NEW YORK,NY | WC/AU | 1:00 | |
| 190 | 10/01 | 03:38 PM | 787-469-4093 | CAGUAS,PR | WC/AU | 4:00 | |
| 191 | 10/01 | 04:58 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 192 | 10/01 | 05:03 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 193 | 10/01 | 05:05 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 194 | 10/01 | 05:11 PM | 646-400-9500 | Incoming | WC/AU | 1:00 | |
| 195 | 10/01 | 05:11 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 196 | 10/01 | 05:12 PM | 703-428-3786 | ALEXANDRIA,VA | AU | 1:00 | |
| 197 | 10/01 | 05:15 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 198 | 10/01 | 05:36 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 4:00 | |
| 199 | 10/01 | 09:41 PM | 646-924-5722 | Incoming | WC/AU | 1:00 | |
| 200 | 10/01 | 05:46 PM | 646-489-0156 | NEW YORK,NY | AM/AU | 1:00 | |
| 201 | 10/01 | 09:53 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 202 | 10/01 | 09:56 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 203 | 10/01 | 10:06 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 204 | 10/02 | 02:08 AM | 646-400-9500 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 205 | 10/02 | 03:24 AM | 646-400-9500 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 206 | 10/02 | 08:07 AM | 646-924-5722 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 207 | 10/02 | 09:41 AM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 208 | 10/02 | 09:43 AM | 804-833-1245 | RICHMOND,VA | NW/WC/AU | 2:00 | |
| 209 | 10/02 | 10:23 AM | 917-657-3504 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 210 | 10/02 | 10:47 AM | 862-222-3144 | MORRISTOWN,NJ | NW/WC/AU | 2:00 | |
| 211 | 10/02 | 11:11 AM | 917-657-3562 | Incoming | NW/WC/AU | 3:00 | |
| 212 | 10/02 | 04:40 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 213 | 10/02 | 05:15 PM | 917-657-3562 | NEW YORK,NY | NW/WC/AU | 5:00 | |
| 214 | 10/02 | 05:19 PM | 917-657-3562 | NEW YORK,NY | NW/WC/AU | 2:00 | |
| 215 | 10/02 | 05:27 PM | 804-833-1245 | RICHMOND,VA | NW/WC/AU | 1:00 | |
| 216 | 10/02 | 07:59 PM | 718-913-4093 | Incoming | NW/WC/AU | 5:00 | |
| 217 | 10/02 | 08:19 PM | 646-924-5722 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 218 | 10/02 | 09:24 PM | 646-924-5722 | Incoming | NW/WC/AU | 2:00 | |
| 219 | 10/02 | 09:26 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 220 | 10/02 | 09:27 PM | 571-970-2369 | ALEXANDRIA,VA | NW/AU | 1:00 | |
| 221 | 10/03 | 02:08 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 2:00 | |
| 222 | 10/03 | 02:17 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 2:00 | |
| 223 | 10/03 | 02:19 PM | 787-469-4093 | CAGUAS,PR | NW/WC/AU | 2:00 | |
| 224 | 10/03 | 05:10 PM | 201-394-1722 | HACKENSACK,NJ | NW/WC/AU | 1:00 | |

NW - Night and Weekends    WC-Any Mobile,Anytime    AU - Anytime/Plan Usage    AM - Off Network - Included in America Plan



| Customer | Account Number | Bill Period | Bill Date | A6 of 32 |
|----------|----------------|-------------|-----------|----------|
| Maria Roman | 190163712 | Sep 19- Oct 18 | Oct 22, 2010 | |



# Call details

## (646) 342-5404 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|------|------|--------------|------------------|-----------|--------------|---------------|
| 225 | 10/03 | 05:13 PM | 201-394-1722 | Incoming | NW/WC/AU | 1:00 | |
| 226 | 10/03 | 06:16 PM | 646-489-0156 | Incoming | NW/WC/AU | 1:00 | |
| 227 | 10/03 | 07:18 PM | 201-394-1722 | Incoming | NW/WC/AU | 3:00 | |
| 228 | 10/03 | 07:27 PM | 201-394-1722 | Incoming | NW/WC/AU | 2:00 | |
| 229 | 10/03 | 07:29 PM | 646-242-8550 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 230 | 10/03 | 08:18 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 2:00 | |
| 231 | 10/03 | 08:33 PM | 718-717-9808 | Incoming | NW/WC/AU | 24:00 | |
| 232 | 10/03 | 09:12 PM | 718-717-9808 | QUEENS NYC,NY | NW/WC/AU | 9:00 | |
| 233 | 10/03 | 10:04 PM | 646-489-0156 | NEW YORK,NY | NW/WC/AU | 6:00 | |
| 234 | 10/03 | 10:08 PM | 646-242-8550 | NEW YORK,NY | NW/WC/AU | 1:00 | |
| 235 | 10/03 | 10:09 PM | 787-469-4093 | CAGUAS,PR | NW/WC/AU | 8:00 | |
| 236 | 10/04 | 07:04 AM | 646-924-5722 | NEW YORK,NY | WC/AU | 1:00 | |
| 237 | 10/04 | 10:11 AM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 238 | 10/04 | 10:11 AM | 703-428-3786 | ALEXANDRIA,VA | AU | 1:00 | |
| 239 | 10/04 | 10:32 AM | 646-924-5722 | NEW YORK,NY | WC/AU | 5:00 | |
| 240 | 10/04 | 02:44 PM | 646-924-5722 | NEW YORK,NY | WC/AU | 1:00 | |
| 241 | 10/04 | 02:45 PM | 703-428-3786 | ALEXANDRIA,VA | AU | 1:00 | |
| 242 | 10/04 | 02:46 PM | 787-469-4093 | CAGUAS,PR | WC/AU | 2:00 | |
| 243 | 10/04 | 05:41 PM | 917-657-3562 | NEW YORK,NY | WC/AU | 4:00 | |
| 244 | 10/04 | 05:46 PM | 718-717-9808 | QUEENS NYC,NY | WC/AU | 4:00 | |
| 245 | 10/04 | 05:47 PM | 787-469-4093 | Incoming | CW/AU | 1:00 | |
| 246 | 10/04 | 05:51 PM | 917-657-3562 | NEW YORK,NY | WC/AU | 7:00 | |
| 247 | 10/04 | 05:57 PM | 212-928-5959 | NEW YORK,NY | AU | 1:00 | |
| 248 | 10/04 | 05:58 PM | 787-469-4093 | CAGUAS,PR | WC/AU | 9:00 | |
| 249 | 10/04 | 06:06 PM | 646-489-0156 | NEW YORK,NY | WC/AU | 1:00 | |
| 250 | 10/04 | 06:08 PM | 212-568-6014 | NEW YORK,NY | AU | 2:00 | |
| 251 | 10/04 | 06:11 PM | 201-394-1722 | HACKENSACK,NJ | WC/AU | 1:00 | |
| 252 | 10/04 | 06:15 PM | 201-394-1722 | HACKENSACK,NJ | WC/AU | 1:00 | |
| 253 | 10/04 | 06:16 PM | 646-242-8550 | NEW YORK,NY | WC/AU | 1:00 | |
| 254 | 10/04 | 06:17 PM | 646-242-8550 | NEW YORK,NY | WC/AU | 3:00 | |
| 255 | 10/04 | 06:23 PM | 646-242-8550 | NEW YORK,NY | WC/AU | 9:00 | |
| 256 | 10/04 | 06:32 PM | 201-394-1722 | HACKENSACK,NJ | WC/AU | 2:00 | |
| 257 | 10/04 | 06:35 PM | 646-924-5722 | Incoming | WC/AU | 1:00 | |
| 258 | 10/04 | 07:31 PM | 646-924-5722 | NEW YORK,NY | NW/WC/AU | 13:00 | |
| 259 | 10/04 | 07:44 PM | 571-970-2369 | ALEXANDRIA,VA | NW/AU | 4:00 | |
| 260 | 10/05 | 10:43 AM | 646-489-0156 | Incoming | WC/AU | 3:00 | |
| 261 | 10/05 | 12:15 PM | 212-928-5959 | NEW YORK,NY | AU | 2:00 | |
| 262 | 10/05 | 12:17 PM | 646-924-5722 | NEW YORK,NY | WC/AU | 1:00 | |
| 263 | 10/05 | 12:18 PM | 212-568-6014 | NEW YORK,NY | AU | 1:00 | |
| 264 | 10/05 | 12:18 PM | 646-924-5722 | NEW YORK,NY | WC/AU | 2:00 | |
| 265 | 10/05 | 01:01 PM | 862-778-6845 | WHIPPANY,NJ | AU | 1:00 | |
| 266 | 10/05 | 01:05 PM | 646-924-5722 | NEW YORK,NY | WC/AU | 3:00 | |
| 267 | 10/05 | 07:29 PM | 518-833-1123 | TROY,NY | NW/AU | 1:00 | |
| 268 | 10/05 | 07:30 PM | 518-833-1123 | TROY,NY | NW/AU | 1:00 | |
| 269 | 10/05 | 07:46 PM | 787-469-4093 | CAGUAS,PR | NW/WC/AU | 1:00 | |

NW - Night and Weekends     WC-Any Mobile,Anytime     AU - Anytime/Plan Usage     CW - Call Waiting