UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  MARIA I. ROMAN,                                            :
                                                             :
                                 Plaintiff,                  :
                                                             :        12-CV-276 (VEC)
               -against-                                     :
                                                             :        ORDER
  SPRINT NEXTEL CORP., NEXTEL OF NEW                         :
  YORK, INC., HTC CORP., HTC AMERICA                         :
  HOLDING, INC., HTC AMERICA INNOVATION,                     :
  INC., SPRINT SPECTRUM L.P., and SPRINT                     :
  SOLUTIONS, INC.,                                           :
                                                             :
                                 Defendants.                 :
------------------------------------------------------------ :
  SPRINT SPECTRUM L.P., SPRINT SOLUTIONS,                    :
  INC., NEXTEL OF NEW YORK, INC., and                        :
  SPRINT NEXTEL CORP.,                                       :
                                                             :
                                 Cross-Claimants,            :
                                                             :
               -against-                                     :
                                                             :
  HTC AMERICA HOLDING, INC., HTC                             :
  AMERICA INNOVATION, INC., HTC AMERICA,                     :
  INC., and HTC CORP.,                                       :
                                                             :
                                 Cross-Defendants.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2015

VALERIE CAPRONI, United States District Judge:

On May 4, 2015, the parties agreed to settle this matter.  Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorneys' fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter.  If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

All pending motions are dismissed as moot. The Clerk is requested to close the case.

**SO ORDERED.**

Date:  May 4, 2015                                    _____
        New York, NY                                 **VALERIE CAPRONI**
                                                    **United States District Judge**